1  BRUCE A. KILDAY, ESQ., SB No. 066415
   SUSAN A. DeNARDO, ESQ., SB No. 235166
2  **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6  Attorneys for Defendants COUNTY OF YOLO, EDWARD G. PRIETO, SERGEANT AL
7  WILLIAMS, DEPUTY MIKE MONTERO, DEPUTY RIAL PRICE and CAPTAIN ROBIN
   FAILLE
8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| MICAH GUNTHER, | ) Case No.: 2:10-CV-00991-FCD-EFB |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE TIME TO FILE JOINT** |
| vs. | ) **STATUS REPORT AND RELATED** |
| | ) **DEADLINES** |
| COUNTY OF YOLO; Yolo County Sheriff | ) |
| EDWARD G. PRIETO (Badge #1); Yolo | ) |
| County Sheriff's Department Sergeant AL | ) |
| WILLIAMS (Badge #38); Yolo County | ) |
| Sheriff's Department Deputy MIKE | ) |
| MONTERO, JR. (Badge #155); Yolo County | ) |
| Sheriff's Department RIAL PRICE (Badge | ) |
| #166); Yolo County Sheriff's Department | ) |
| Captain ROBIN FAILLE (Badge #5); and | ) |
| DOES I through XX, inclusive, | ) |
| | ) |
| Defendants. | ) |

23
         WHEREAS, the parties' Joint Status Report is currently due July 6, 2010;
24
         WHEREAS, no pretrial scheduling conference is presently scheduled;
25
         WHEREAS, Defendants filed their answer to Plaintiff's Complaint on June 22, 2010;
26
         WHEREAS, the parties are attempting to resolve this matter on their own and have
27
agreed to have Plaintiff's injuries assessed by an independent medical examiner;
28

-1-
**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**

1    WHEREAS, it is stipulated by and between the parties through their respective counsel

2   that the deadlines for initial disclosures and the Joint Status Report be continued 60 days from

3   the date of this Court's order.

4   Dated:  7/6/10                                        LAW OFFICES OF STEWART KATZ

5                                                              */s/ Guy Danilowitz*

6                                                         By:_____
                                                              STEWART KATZ
7                                                             GUY DANILOWITZ
                                                              Attorneys for Plaintiff
8

9   Dated:  7/6/10                                        ANGELO, KILDAY & KILDUFF

10                                                             */s/ Susan A. DeNardo*

11                                                        By:_____
                                                              SUSAN A. DeNARDO
12                                                            BRUCE A. KILDAY
                                                              Attorneys for Defendants
13

14                                           **ORDER**

15       GOOD CAUSE APPEARING therefor,

16       IT IS ORDERED that the Joint Status Report and the parties' initial disclosures be

17  continued 60 days from the date of this order or until **September 7, 2010**.

18

19
    Dated:  July 7, 2010
20

21  _____

22  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

---
-2-
**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**