1  BRUCE A. KILDAY, ESQ., SB No. 066415
2  SUSAN A. DeNARDO, ESQ., SB No. 235166
   SERENA M. SANDERS, ESQ., SB No. 264799
3  **ANGELO, KILDAY & KILDUFF**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263
6

7  Attorneys for Defendants COUNTY OF YOLO, EDWARD G. PRIETO, SERGEANT AL WILLIAMS, DEPUTY MIKE MONTERO, DEPUTY RIAL PRICE and CAPTAIN ROBIN FAILLE
8

9

10                       **UNITED STATES DISTRICT COURT**

11                       **EASTERN DISTRICT OF CALIFORNIA**

12 

| MICAH GUNTHER, | ) | Case No.: 2:10-CV-00991-FCD-EFB |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **SECOND STIPULATION AND ORDER** |
|  | ) | **TO CONTINUE TIME TO FILE JOINT** |
| vs. | ) | **STATUS REPORT AND RELATED** |
|  | ) | **DEADLINES** |
| COUNTY OF YOLO; Yolo County Sheriff EDWARD G. PRIETO (Badge #1); Yolo County Sheriff's Department Sergeant AL WILLIAMS (Badge #38); Yolo County Sheriff's Department Deputy MIKE MONTERO, JR. (Badge #155); Yolo County Sheriff's Department RIAL PRICE (Badge #166); Yolo County Sheriff's Department Captain ROBIN FAILLE (Badge #5); and DOES I through XX, inclusive, | ) ) ) ) ) ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

    WHEREAS, the parties' Joint Status Report is currently due September 7, 2010;

    WHEREAS, no pretrial scheduling conference is presently scheduled;

    WHEREAS, the parties are still attempting to resolve this matter on their own and have agreed to have Plaintiff's injuries assessed by an independent medical examiner;

---

-1-

**SECOND STIPULATION AND ORDER TO CONTINUE TIME TO FILE JOINT STATUS REPORT AND RELATED DEADLINES**

1    WHEREAS, the parties have now gathered some of Plaintiff's medical records and found
2 a mutually acceptable independent medical examiner;

3    WHEREAS, the parties need an additional 60 days to gather remaining medical records
4 related to Plaintiff's prior treatment and those still outstanding from the copying service, and
5 have Plaintiff examined by the independent medical examiner they have now selected;

6    WHEREAS, it is stipulated by and between the parties through their respective counsel
7 that the deadlines for initial disclosures and the Joint Status Report be continued another 60 days
8 from the date of this Court's order.

9 Dated: September 3, 2010         LAW OFFICES OF STEWART KATZ

                                    /s/ Stewart Katz
                                 By:_____
                                    STEWART KATZ
                                    GUY DANILOWITZ
                                    Attorneys for Plaintiff

14 Dated: September 3, 2010         ANGELO, KILDAY & KILDUFF

                                    /s/ Susan A. DeNardo
                                 By:_____
                                    SUSAN A. DeNARDO
                                    BRUCE A. KILDAY
                                    SERENA M. SANDERS
                                    Attorneys for Defendants

20                                **ORDER**

21    GOOD CAUSE APPEARING therefor,

22    IT IS ORDERED that the Joint Status Report and the parties' initial disclosures be
23 continued 60 days from the date of this order or until November 8, 2010.

25 Dated: September 3, 2010

                                 _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE

**SECOND STIPULATION AND ORDER TO CONTINUE TIME TO FILE JOINT STATUS REPORT AND RELATED DEADLINES**