1  BRUCE A. KILDAY, SBN 66415
   Email: bkilday@akk-law.com
2  AMIE MCTAVISH, SBN 242372
   Email: amctavish@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
8  Attorneys for Defendants COUNTY OF YOLO, EDWARD G. PRIETO, SERGEANT AL WILLIAMS, DEPUTY MIKE MONTERO, DEPUTY RIAL PRICE, and CAPTAIN ROBIN FAILLE
9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

13 | MICAH GUNTHER,             )  Case No.: 2:10-CV-00991-FCD-EFB
                                )
14 |         Plaintiff,         )  **STIPULATION FOR DISMISSAL OF
                                )  ACTION WITH PREJUDICE AND
15 |    vs.                     )  [PROPOSED] ORDER**
                                )
16 | COUNTY OF YOLO; et al.,    )
                                )
17 |         Defendants.        )
18 | _____

19     The parties, through their respective counsel, hereby stipulate that this matter shall be
20  dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its
21  own costs, including all attorney's fees.
22

23  Dated:  January 19, 2012              LAW OFFICE OF STEWART KATZ
24
                                               */s/ Stewart Katz*
25                                      By:_____
                                               STEWART KATZ, ESQ.
26                                             Attorneys for Plaintiff MICAH
                                               GUNTHER
27
28

---

                                        1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

{00059462; 1}

Dated: January 19, 2012            ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Amie McTavish*
     BRUCE A. KILDAY
     AMIE MCTAVISH
     Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

Dated: _____      By: _____
                                                                                                          GARLAND E. BURRELL, JR.
                                                                                                          Judge of the U.S. District Court